# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Stephen T. Furst,                          :
                    Appellant             :
                                          :
              v.                          :
                                          :        No. 54 C.D. 2019
                                          :
Easton Area School District and           :
Easton Area Board of Education            :

**PER CURIAM**                    **O R D E R**

NOW, March 24, 2020, upon consideration of appellant's application for reargument and appellees' answer thereto, the application is denied.